# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>The domain happygswitch[.]com ("Subject Domain 2"),<br>which is registered with Name SRS AB in Sweden and for<br>which the registry for the top-level domain is Verisign, a<br>company in Reston, Virginia | Case No.   25-MJ-8573-PGL |

## APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the __Eastern__ District of __Virginia__ is subject to forfeiture to the United States of America under __see below__ U.S.C. § _____ *(describe the property)*:

The domain happygswitch[.]com ("Subject Domain 2"), which is registered with Name SRS AB in Sweden and for which the registry for the top-level domain is Verisign, a company in Reston, Virginia.

Pursuant to 19 U.S.C. § 1595a(a) and 18 U.S.C. §§ 2323(a)(1)(B) and 2323(b)(1).

The application is based on these facts:

See Affidavit of Special Agent Adam Rayho, Homeland Security Investigations, and attachments thereto.

☑ Continued on the attached sheet.

*Adam Rayho /by Paul G. Levenson*
*Applicant's signature*

Adam Rayho, HSI Special Agent
*Printed name and title*

Attested to by the Applicant in Accordance with the Requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date:  December 10, 2025

*Judge's signature*

City and state:  Boston, Massachusetts

Paul G. Levenson, United States Magistrate Judge
*Printed name and title*