**Attachment A-3**
SUBJECT DOMAIN 1



