**Attachment A-4**
SUBJECT DOMAIN 2

