## ATTACHMENT A-1

I. **Seizure Procedure**

The United States is authorized to seize the full account balance in the **Target Account** listed below by having the Subject Provider transfer all funds in the **Target Account** to a United States-controlled virtual currency wallet specified by the government.

II. **Subject Provider**

OKX

III. **Target Account**

██████████ 8724