## ATTACHMENT A-2

**I.**     **Seizure Procedure**

The United States is authorized to seize the full account balance in the **Target Account** listed below by having the Subject Provider transfer all funds in the **Target Account** to a United States-controlled virtual currency wallet specified by the government.

**II.**    **Subject Provider**

OKX

**III.**   **Target Account**

███████████8317